# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARI MIOT AND ALLEN
PETRASEK, JR., INDIVIDUALLY
AND ON BEHALF OF THEIR
DECEASED FATHER, ALLEN
PETRASEK

VERSUS

PODIATRY INSURANCE COMPANY
OF AMERICA AND WAYBRUN J.
HEBERT, III, DPM

NO.  2023 CW 0149

**MAY 8, 2023**

---

In Re:    Dr. Waybrun Hebert, III and Podiatry Insurance Company
          of America, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          190839.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT  DISMISSED.**   This  writ  application  is  dismissed,
pursuant  to  relators'  correspondence  filed  March  3,  2023,
advising  that  "[t]he  parties  have  come  to  an  agreement  to
resolve  this  matter  as  to  Dr.  Wayburn  Hebert,  III  and  his
insurer  [Podiatry  Insurance  Company  of  America]"  and  requesting
that this writ application be dismissed.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT